1 Monty Agarwal (SBN: 191568)
monty.agarwal@aporter.com
2 Jonathan L. Koenig (SBN: 281737)
jonathan.koenig@aporter.com
3 Arnold & Porter LLP
Three Embarcadero Center, 10th Floor
4 San Francisco, CA 94111-4024
Telephone: +1 415.471.3100
5 Fax: +1 415.471.3400

6 Attorneys for Defendant
SUN BROTHERS, LLC - d/b/a SUNWARRIOR
7

8
UNITED STATES DISTRICT COURT
9
SOUTHERN DISTRICT OF CALIFORNIA
10

11 MICHAEL RADASHKEVICH; individually and on behalf of all others similarly situated,

Case No.: 15CV2887 CAB RBB

**DECLARATION OF THAD SEEGMILLER IN RESPONSE TO ORDER TO SHOW CAUSE [Doc. No. 8]**

Plaintiff,

vs.

SUN BROTHERS, LLC - d/b/a SUNWARRIOR,

Defendant.

Judge: Hon. Cathy Ann Bencivengo
Crtrm: 4C

I, Thad Seegmiller, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and if called as a witness I could and would testify competently to them.

2. I am the General Counsel of Defendant Sun Brothers, LLC - d/b/a Sunwarrior ("Sunwarrior").

3. I submit this declaration in response to the Court's Order to Show Cause, Doc. No. 8.

4. Sunwarrior's principal place of business is 2250 Coral Canyon Blvd., Suite 100, Washington, Utah.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed in _Washington_, _UT_ on January 26, 2016.

By: _____
Thad Seegmiller